UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES TARLTON,<br><br>             Plaintiff,<br><br>vs.<br><br>AVENAL STATE PRISON,<br><br>             Defendant.<br>_____/ | 1:06-cv-00260-OWW-SMS P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM** (Docs. 15 and 16)<br><br>**ORDER THAT DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. §1915(G)** |

   Plaintiff James Tarlton ("plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On November 13, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days.

1

To date, plaintiff has not filed an objection to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 13, 2006, is ADOPTED IN FULL;

2. This action is DISMISSED, with prejudice, for plaintiff's failure to obey the court's order of August 23, 2006, and for failure to state a claim upon which relief may be granted.

3. This dismissal shall count as a strike under 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:   December 21, 2006**                  **/s/ Oliver W. Wanger**
emm0d6                                                     UNITED STATES DISTRICT JUDGE